# UNITED STATES DISTRICT COURT
## DISTRICT OF MIDDLE TENNESSEE
### NASHVILLE DIVISION

ROBERT BENDORF,                    )
                                   )
    Plaintiff,     )
                                   )
    v.             )         Civil No. 3:07-0493
                                   )         Judge Echols
PETE GEREN,                        )         Magistrate Judge Bryant
SECRETARY OF THE ARMY,             )
                                   )
    Defendant.     )

## AGREED ORDER OF DISMISSAL

The parties, as evidenced by the signature of counsel below, have informed the Court that Court that all matters between the parties have been settled and compromised. Accordingly, it is hereby ORDERED that this case is dismissed without prejudice for a period of ninety (90) days, to allow for the terms of the settlement to be implemented. If at the expiration of ninety (90) days from this date, no party has given notice that the case should be re-opened, said dismissal shall be with prejudice.

This 10th day of March, 2008.

_____
ROBERT ECHOLS
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

EDWARD M. YARBROUGH
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE

BY: s/ Michael L. Roden
MICHAEL L. RODEN
Assistant U.S. Attorney
B.P.R. # 010595
Suite A-961
110 Ninth Avenue, South
Nashville, TN 37203
Telephone : 615/736-5151
michael.roden@usdoj.gov


s/James L. Harris (by permission)
JAMES L. HARRIS
Attorney At Law
B.P.R. No. 014173
2400 Crestmoor Road, Suite 324
Nashville, TN 37215
Telephone: 615/386-7143

Attorney for Plaintiff